■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD MCHUGH, Appellant. [954 NYS2d 500]

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Lopez*, 6 NY3d 248, 256-257 [2006]), and thus does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Angiolillo, Dickerson and Hall, JJ., concur.